ERIC GRANT
United States Attorney
J. DOUGLAS HARMAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>DAVID M. STRICKLAND,<br><br>          Defendant. | 2:25-po-00291-CSK<br><br>[Proposed] MODIFIED ORDER TO DISMISS AND VACATE BENCH TRIAL; CERTIFICATE OF SERVICE<br><br>DATE:  January 21, 2026<br>TIME:  1:00 p.m.<br>JUDGE: Honorable Chi Soo Kim |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss the violation number in Case Number 2:25-po-00291-CSK is GRANTED.

It is further ordered that the bench trial scheduled on January 21, 2026, and all other dates set are vacated.

IT IS SO ORDERED.

Dated: October 29, 2025

/s/ Chi Soo Kim

HON. CHI SOO KIM
United States Magistrate Judge

ORDER TO DISMISS
AND VACATE BENCH TRIAL            1            U.S. v. DAVID M. STRICKLAND